E-FILED
Monday, 11 April, 2005 08:46:19 AM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

**FILED**

APR - 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name: Thomas Harvey

Case Number: 04-10063

The appeal time having expired a~~nd/or the appeal having been concluded,~~ the original Sealed Pre-Sentence Report (document number __8__), Sentencing Recommendation (document number __9__) and Statement of Reason(s) Page (document number __10__) were returned to the U.S. Probation Office on __3/30/5__.

Received by:

s/ Douglas Hevermahn
U.S. Probation Office
Date: 04/04/05